IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-392-D-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| ANDRE DURON ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant, it is hereby **ORDERED** that Docket Entry Number 151 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED, this __6__ day of __September__, 2018.

_____
Honorable James C. Dever III
Chief United States District Judge