IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-392-D-4

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | [DOCKET ENTRY NUMBER 185] |
| ANDRE DURON ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, it is hereby **ORDERED** that Docket Entry Number 185 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, __14__ day of __November__, 2018.

_____
James C. Dever III
United States District Judge