UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-392-D-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **[DOCKET ENTRY NUMBER 293]** |
| ANDRE DURON ROBINSON, ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 293 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, __4__ day of __January__, 2021.

JAMES C. DEVER III
United States District Judge