IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-392-D-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ANDRE DURON ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

On motion of the United States, and for good cause shown, it is hereby ORDERED that DE-296 and all exhibits in support thereof be sealed until further notice by this Court.

IT IS SO ORDERED.

This 4 day of January, 2021.

JAMES C. DEVER III
~~Chief~~ United States District Judge