*medical records.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-392-D-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **[DOCKET ENTRY NUMBER 299]** |
| ANDRE DURON ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 299 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, __4__ day of __January__, 2021.

_____
JAMES C. DEVER III
United States District Judge